# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Sabrina Clark, on behalf of herself and a class of those similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial North Carolina, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>       Defendants. | 08-cv-00343 UA-WWD |

## MOTION TO STAY DEADLINE FOR FILING CLASS CERTIFICATION MOTION

Local Civil Rule 23.1(b) requires, within 90 days after service of a pleading purporting to commence a class, the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court. Plaintiffs hereby move that the Court stay the deadline for filing a class certification motion in this matter until after Defendants serve their answer to the Complaint, and until after Plaintiffs have three months to conduct basic discovery related to class certification issues (beginning the day after the parties meet-and-confer pursuant to Fed.R.Civ.P. 26). In particular, Plaintiffs have had no opportunity to seek discovery, but intend to seek discovery, relating to Defendants' policies, practices, and procedures specifically concerning overtime in the immediate geographic area and under the direct management chain where and for whom the Plaintiffs worked. Plaintiffs are also likely to amend the Complaint, and it would most efficient to pursue this amendment prior to class certification.

I certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 8/21/08

s/Bryan J. Schwartz
NICHOLS KASTER, PLLP
Donald H. Nichols, MN Bar No. 78918*
Paul J. Lukas, MN Bar No. 22084X*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Fax (612) 218-4870
*admitted *pro hac vice*

NICHOLS KASTER, LLP
Bryan J. Schwartz, CA Bar No. 209903*
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
*admitted *pro hac vice*

Margaret Rowlett (NC State Bar No. 17579)
margaretrowlett@earthlink.net
SMITH, JAMES, ROWLETT &
COHEN, LLP
101 South Elm Street, Suite 310
P.O. Box 990
Greensboro, NC 27402-0990
Telephone: 336-274-2992
Facsimile: 336-274-8490

ATTORNEYS FOR NAMED PLAINTIFFS
AND THE PUTATIVE CLASS

# CERTIFICATE OF SERVICE

Clark, et al. v. Wells Fargo Financial, Inc. et al.

I hereby certify that on August 21, 2008, I caused the following document(s):

**MOTION TO STAY DEADLINE FOR FILING CLASS CERTIFICATION MOTION**

to be served via email to the following:

Joan B. Tucker Fife,
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
jfife@winston.com

Jessie A. Kohler
Winston & Strawn LLP
333 South Grand Ave
Los Angeles, CA 90071-1543
jkohler@winston.com

Justin D. Howard
McGuire Woods, LLP
2600 Two Hanover SQ
Raleigh, NC 27601
jhoward@mcguirewoods.com

| | |
|---|---|
| Dated: August 21, 2008 | NICHOLS KASTER, LLP |
| | /s/ |
| | _____ |
| | Bryan J. Schwartz, CA Bar No. 209903* |
| | One Embarcadero Center, Suite 720 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 277-7235 |
| | Fax: (415) 277-7238 |
| | *admitted *pro hac vice* |
| | |
| | ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS |